BEFORE THE SECOND DIVISION, DECEMBER 20, 1939

**No. 42888.**—Protests 840884–G, etc., of G. Klein & Son, Inc., et al. (New York).

Opinion by KINCHELOE, J. As there was nothing to disclose any error in the action of the collector the protests were overruled.

**No. 42889.**—Protests 769314–G, etc., of Aboarab Bros. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42890.**—Protests 819899–G, etc., of Bruce Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42891.**—Protest 733195–G of Lord & Taylor (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bottles chiefly used in the household for utilitarian purposes. As they were plated with silver the claim at 50 percent under paragraph 339 was sustained.

**No. 42892.**—Protests 984300–G, etc., of Alliance Distributors, Inc., et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, DECEMBER 21, 1939

**No. 42893.**—Protest 898271–G of Lazarus & Rosenfeld, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) the atomizers in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.